JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CURTIS SANDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 13-mj-00006-AC |
| Plaintiff, | **STIPULATION TO EXTEND DATE FOR PRELIMINARY HEARING; ORDER EXTENDING TIME** |
| v. | |
| CURTIS SANDERS, et al | DATE: March 7, 2013 |
| Defendants. | TIME: 2:00 p.m. |
| | JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant CURTIS SANDERS, and OLAF HEDBERG, attorney for Defendant FREDERICK EDWARDS, that the preliminary hearing presently set for February 21, 2013 shall be vacated and a new date for preliminary hearing shall be March 7, 2013 at 2:00 p.m.

The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown. Defense counsel and the government have not had sufficient time to (1) finalize

necessary preparation for indictment, and (2) prepare for the preliminary hearing, and (3) finalize negotiations with the defendants and defense counsel about potential settlement of the case.

The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the interest of justice outweighs the interest of the public and the defendants in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

All parties request the date of March 7, 2013 for the preliminary hearing in this case. The request for extending the date for preliminary hearing is at the specific request of the defendants and with the knowing and voluntary waiver of their Speedy Preliminary Hearing rights under the law. Good cause is thereby shown.

AGREED:

DATED: February 19, 2013  JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant Sanders

DATED: February 19, 2013  /s/ Benjamin Galloway for
OLAF HEDBERG
Attorney at Law
Attorney for Defendant Edwards

/ / /

DATED: February 19, 2013          BENJAMIN WAGNER
                                  United States Attorney

                                  /s/ Benjamin Galloway for
                                  TODD LERAS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

# O R D E R

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for March 7, 2013, at 2:00 p.m.

DATED: February 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE