```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CURTIS SANDERS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 13-mj-00006-AC |
| ) | |
| Plaintiff, ) | **STIPULATION TO EXTEND DATE FOR** |
| ) | **PRELIMINARY HEARING; ORDER** |
| v. ) | **EXTENDING TIME** |
| ) | |
| CURTIS SANDERS, et al ) | |
| ) | DATE: April 8, 2013 |
| Defendants. ) | TIME: 2:00 p.m. |
| ) | JUDGE: Hon. Edmund F. Brennan |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant CURTIS SANDERS, and OLAF HEDBERG, attorney for Defendant FREDERICK EDWARDS, that the preliminary hearing presently set for March 22, 2013 shall be vacated and a new date for preliminary hearing shall be April 8, 2013 at 2:00 p.m.

The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown. Defense counsel and the government have not had sufficient time to (1) finalize

necessary preparation for indictment, and (2) prepare for the preliminary hearing, and (3) finalize negotiations with the defendants and defense counsel about potential settlement of the case.

The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the interest of justice outweighs the interest of the public and the defendants in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

All parties request the date of April 8, 2013 for the preliminary hearing in this case. The request for extending the date for preliminary hearing is at the specific request of the defendants and with the knowing and voluntary waiver of their Speedy Preliminary Hearing rights under the law. Good cause is thereby shown.

AGREED:

DATED: March 19, 2013      JOSEPH SCHLESINGER
                           Acting Federal Defender

                           /s/ Benjamin Galloway
                           BENJAMIN GALLOWAY
                           Assistant Federal Defender
                           Attorney for Defendant Sanders


DATED: March 19, 2013      /s/ Benjamin Galloway for
                           OLAF HEDBERG
                           Attorney at Law
                           Attorney for Defendant Edwards


/ / /

DATED: March 19, 2013                    BENJAMIN WAGNER
                                         United States Attorney

                                         /s/ Benjamin Galloway for
                                         TODD LERAS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## O R D E R

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for April 8, 2013 at 2:00 p.m., before Magistrate Judge Edmund F. Brennan.

DATED: March 20, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
sanders0006.stipord.cont.prelim

3