MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for CURTIS SANDERS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CURTIS SANDERS and <br> FREDERICK EDWARDS, <br> Defendants. | No. 13-mj-00006-AC <br> STIPULATION AND ORDER TO PRELIMINARY HEARING <br> Date: 5-16-13 <br> Time: 2:00 p.m. <br> Judge: Hon. Edmund F. Brennan |

It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, Michael D. Long, attorney for defendant CURTIS SANDERS, and Olaf Hedberg, attorney for defendant FREDERICK EDWARDS, that the preliminary hearing set for April 8, 2013, at 2:00 p.m. should be vacated and re-set for May 16, 2013, at 2:00 p.m.

The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown. Both defense counsel and the government have not had sufficient time to (1) finalize necessary preparation for the indictment and (2) prepare for the preliminary hearing, and (3) finalize negotiations between the government and both defense counsel concerning the goal of settling this case prior to indictment, including determining the criminal history calculations of the defendants.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy filing of an indictment or information and also outweighs the public's interest in the prompt disposition of criminal cases.

Each party would like time to be excluded as provided by Local Code T4 from today's date through May 16, 2013, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv).

All parties request the date of May 16, 2013 for the preliminary hearing. The request for extending the date for the preliminary hearing is at the specific request of the defendants and with the knowing and intelligent and voluntary waiver of their speedy preliminary hearing rights under the law. Good cause is hereby shown.

Dated: April 4, 2013							Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Curtis Sanders

Dated: April 4, 2013

/s/ Olaf Hedberg
OLAF HEDBERG
Attorney for Curtis Sanders

Dated: April 4, 2013							BENJAMIN WAGNER
United States Attorney

/s/ Todd Leras
TODD LERAS
Assistant U.S. Attorney

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The date for the preliminary hearing in this matter is hereby re-set for May 16, 2013, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney

Dated: March 4, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Sanders0006.stipord.cont.PE.doc