BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> CURTIS DANE SANDERS, and ) <br> and FREDERICK EDWRDS, ) <br> ) <br> Defendants. ) <br> ) | Mag. 13-mj-006 AC <br><br> STIPULATION AND <br> ORDER CONTINUING PRELIMINARY <br> HEARING |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael D. Long, Counsel for Curtis Dane Sanders, and Attorney Olaf Hedberg, Counsel for Defendant Frederick Edwards, that the preliminary hearing scheduled for June 13, 2013, be continued to July 1, 2013, at 2:00 p.m.

Defense counsel and government counsel have been working toward pre-indictment resolution of this matter. That process includes the exchange of information and investigation related to the facts of the incidents underlying the charges in the criminal complaint, the criminal histories of both defendants (including

1

the relevant facts of prior drug convictions to determine whether or not they provide the basis for enhanced sentencing), and the relevant estimated guideline calculations applicable to each defendant. Defense counsel and government counsel believe that this early exchange of information is beneficial to a potential expedited resolution of charging and potential sentencing issues presented in the case. In light of the settlement discussions and the need to conduct the additional investigation, all parties are requesting additional time for attorney preparation.

The government and the defendants agree that the combination of settlement discussions and additional investigation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including July 1, 2013.

Michael Long and Olaf Hedberg agree to this request and have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on their behalf.

DATED: June 12, 2013     By: /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney

DATED: June 12, 2013     By: /s/ Todd D. Leras for
MICHAEL D. LONG
Attorney for Defendant
CURTIS SANDERS

DATED: June 12, 2013     By: /s/ Todd D. Leras for
OLAF HEDBERG
Attorney for Defendant
FREDERICK EDWARDS

1 | **IT IS HEREBY ORDERED:**

1. The preliminary hearing set for June 13, 2013, is continued to July 1, 2013, at 2:00 p.m., before Magistrate Judge Kendall J. Newman.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including July 1, 2013. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)). The Court further finds, based on the representation of the parties, that the ends of justice served in granting the continuance outweigh the best interest of the Defendants and the public in a speedy jury trial.

IT IS SO ORDERED.

DATED: June 18, 2013.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
sanders006.stipord.cont.prelim2.wpd