BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CURTIS DANE SANDERS, and <br> and FREDERICK EDWARDS, <br><br> Defendants. | Mag. 13-mj-006 AC <br><br> STIPULATION AND <br> ORDER CONTINUING PRELIMINARY <br> HEARING |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael D. Long, Counsel for Curtis Dane Sanders, and Attorney Olaf Hedberg, Counsel for Defendant Frederick Edwards, that the preliminary hearing scheduled for July 1, 2013, be continued to July 30, 2013, at 2:00 p.m.

Defense counsel and government counsel have been working toward pre-indictment resolution of this matter. That process includes the exchange of information and investigation related to, among other things, the criminal histories of both defendants (including the relevant facts of prior drug convictions to

1

determine whether or not they provide the basis for enhanced sentencing), and the relevant estimated guideline calculations applicable to each defendant.

On June 20, 2013, the United States Supreme Court issued its decision in <u>Descamps v. United States</u>, 2013 WL 3064407. <u>Descamps</u> deals directly with determining the circumstances under which a sentencing court can determine whether a violent crime or drug-related conviction can serve to enhance a defendant's sentence. The <u>Descamps</u> decision sets forth a more narrow test than the modified categorical approach previously approved under Ninth Circuit authority. In light of the <u>Descamps</u> decision, the parties need additional time to obtain and exchange information related to disputed prior convictions in this case.

Defense counsel and government counsel believe that this exchange of information is beneficial to a potential expedited resolution of charging and sentencing issues presented in the case. In light of the settlement discussions, the recent <u>Descamps</u> decision, and the need to conduct additional investigation, all parties are requesting additional time for attorney preparation.

The government and the defendants agree that the combination of settlement discussions and additional investigation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including July 30, 2013.
/ / /

1 Michael Long and Olaf Hedberg agree to this request and have
2 authorized Assistant United States Attorney Todd D. Leras to sign
3 this stipulation on their behalf.

DATED: June 28, 2013      By: /s/ Todd D. Leras
                              TODD D. LERAS
                              Assistant U.S. Attorney

DATED: June 28, 2013      By: /s/ Todd D. Leras for
                              MICHAEL D. LONG
                              Attorney for Defendant
                              CURTIS SANDERS

DATED: June 28, 2013      By: /s/ Todd D. Leras for
                              OLAF HEDBERG
                              Attorney for Defendant
                              FREDERICK EDWARDS

**IT IS HEREBY ORDERED**:

1. The preliminary hearing set for July 1, 2013, is continued to July 30, 2013, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including July 30, 2013. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)). The Court further finds, based on the representation of the parties, that the ends of justice served in granting the continuance outweigh the best interest of the Defendants and the public in a speedy jury trial.

////
////
////

1        IT IS SO ORDERED.
2   Date: July 1, 2013

          _____
          KENDALL J. NEWMAN
          UNITED STATES MAGISTRATE JUDGE