1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD D. LERAS
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2918

5 |

6 |

7 |

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,          )
                                     )  Mag. 13-mj-006 AC
12 |             Plaintiff,            )
                                     )  STIPULATION AND [PROPOSED]
13 |                                  )  ORDER CONTINUING PRELIMINARY
         v.                          )  HEARING
14 |                                  )
      CURTIS DANE SANDERS, and        )
15 | and FREDERICK EDWARDS,           )
                                     )
16 |             Defendants.          )
     _____)

17 |

18 |      IT IS HEREBY STIPULATED between Plaintiff United States of

19 | America, by and through Assistant United States Attorney Todd D.

20 | Leras, and Attorney Michael D. Long, Counsel for Curtis Dane

21 | Sanders, and Attorney Olaf Hedberg, Counsel for Defendant

22 | Frederick Edwards, that the preliminary hearing scheduled for

23 | July 30, 2013, be continued to August 16, 2013, at 2:00 p.m.

24 |      As previously indicated in prior continuance requests,

25 | defense counsel and government counsel have been working toward

26 | pre-indictment resolution of this matter.  That process includes

27 | the exchange of information and investigation related to, among

28 | other things, the criminal histories of both defendants

1

1 (including the relevant facts of prior drug convictions to
2 determine whether or not they provide the basis for enhanced
3 sentencing), and the relevant estimated guideline calculations
4 applicable to each defendant.

5     On June 20, 2013, the United States Supreme Court issued its
6 decision in <u>Descamps v. United States</u>, 2013 WL 3064407.  <u>Descamps</u>
7 addresses the circumstances under which a sentencing court can
8 determine whether a violent crime or drug-related conviction can
9 serve to enhance a defendant's sentence.  The <u>Descamps</u> decision
10 sets forth a more narrow test than the modified categorical
11 approach previously approved under Ninth Circuit authority.  The
12 Department of Justice issued guidelines regarding treatment of
13 pending cases following the <u>Descamps</u> decision on July 29, 2013.
14 In light of the new guidelines for treatment of prior
15 convictions, the parties need additional time to continue their
16 exchange of information and investigation related to disputed
17 prior convictions in this case.

18     Defense counsel and government counsel believe that this
19 exchange of information is beneficial to a potential expedited
20 resolution of charging and sentencing issues presented in the
21 case.  In light of the settlement discussions, the recent
22 <u>Descamps</u> decision, the guidelines issued on July 29, and the need
23 to conduct additional investigation, all parties are requesting
24 additional time for attorney preparation.

25     The government and the defendants agree that the combination
26 of settlement discussions and additional investigation constitute
27 good cause to extend the time for preliminary hearing under
28 Federal Rule of Criminal Procedure 5.1(d), as well as under the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion

of time includes the period up to and including August 16, 2013.

Michael Long and Olaf Hedberg agree to this request and have

authorized Assistant United States Attorney Todd D. Leras to sign

this stipulation on their behalf.


DATED: July 29, 2013          By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

DATED: July 29, 2013          By: /s/ Todd D. Leras for
                                  MICHAEL D. LONG
                                  Attorney for Defendant
                                  CURTIS SANDERS


DATED: July 29, 2013          By: /s/ Todd D. Leras for
                                  OLAF HEDBERG
                                  Attorney for Defendant
                                  FREDERICK EDWARDS

1    **IT IS HEREBY ORDERED**:

2        1.    The preliminary hearing set for July 30, 2013, is

3    continued to August 16, 2013, at 2:00 p.m.

4        2.    Based on the stipulations and representations of the

5    parties, the Court finds good cause to extend the time for the

6    preliminary hearing, and time is excluded up to and including

7    August 16, 2013. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4

8    (reasonable time to prepare)).  The Court further finds, based on

9    the representation of the parties, that the ends of justice

10   served in granting the continuance outweigh the best interest of

11   the Defendants and the public in a speedy jury trial.

12       IT IS SO ORDERED.

13   Date: July 29, 2013

14   _____

15   HONORABLE ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28